**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| EMMA MAY BROWN | ) | Case No. 22-30706 |
| | ) | |
| | ) | |
| Debtors. | ) | |

## ORDER GRANTING DEBTORS' APPLICATION  TO EMPLOY SPECIAL COUNSEL

THIS MATTER is before the Court on the Debtor's Application to Employ Special Counsel (Doc. 26).  The Court having considered the Application and the Affidavit of Disinterestedness in support thereof by attorney Brian Winebright of Cantor Injury Law, and it appearing that Brian Winebright is a disinterested person and his employment is in the best interest of the estate and the economic administration thereof;

IT IS ORDERED that the Application is GRANTED.  IT IS FURTHER ORDERED that the Debtor is authorized to employ Brian Winebright of Cantor Injury Law to represent her in the personal injury action referenced in the Application with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefore pursuant to 11 U.S.C § 330. All compensation remains subject to the approval of this Court.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: June 20, 2023

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE/3